# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 29, 2020

Lyle W. Cayce
Clerk

No. 18-50345
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

COLBY SHAWN FIGERT, also known as Colby Figert,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:17-CR-250-3

Before DENNIS, COSTA, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

The counsel appointed to represent Colby Shawn Figert on appeal has filed a motion to withdraw and a brief that relies on *Anders v. California*, 386 U.S. 738 (1967). Figert has not filed a response. Counsel filed a supplemental *Anders* brief addressing *United States v. Rivas-Estrada*, 906 F.3d 346 (5th Cir. 2018), as requested.

The court has reviewed counsel's briefs and the relevant portions of the record reflected therein and concurs with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50345

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.